IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

REGINA WILLIAMS,

        Plaintiff,

vs.

THE UNITED STATES POSTAL SERVICE,
et al.,

        Defendants.

Civil Action 2:07-CV-1031
Judge Holschuh
Magistrate Judge King

### ORDER

On October 19, 2007, the United States Magistrate Judge issued a Report and Recommendation recommending that this action be dismissed. Plaintiff was specifically advised of her right to object to the Report and Recommendation and of the consequences of her failure to do so. There has nevertheless been no objection to the Report and Recommendation.

The Report and Recommendation is hereby ADOPTED and AFFIRMED. This action is hereby DISMISSED.

The Clerk shall enter FINAL JUDGMENT.

12-19-07

John D. Holschuh, Judge
United States District Court